UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                 **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                              **GREENBELT, MARYLAND 20770**
                                                                                                                    **301-344-0052**

# M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *NCM Demolition and Remediation, LP v. John C. Grimberg Co., Inc., et al.*
                  Civil No. RWT-12-1409

DATE:      March 5, 2014

                                         \* \* \* \* \* \* \* \* \*

       Due to a change in the Court's calendar, the telephone status conference previously scheduled in this case for April 14, 2014 at 4:00 p.m. will be rescheduled for April 9, 2014 at 5:15 p.m. The call shall be initiated by counsel for the Plaintiff.

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.


                                                       /s/
                                           Roger W. Titus
                                           United States District Judge